IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT WILLIAMS, ET AL., | : | CIVIL ACTION |
| PLAINTIFFS, | : | NO. 08-1979 |
| v. | : | |
| CITY OF PHILADELPHIA, ET AL., | : | |
| DEFENDANTS | : | |

| | |
|---|---|
| CITY OF PHILADELPHIA, ET AL., | : |
| THIRD-PARTY PLAINTIFFS, | : |
| v. | : |
| JEFFREY A. BEARD, ET AL. | : |
| THIRD-PARTY DEFENDANTS | : |

## **ORDER**

AND NOW, this   27th    day of July, 2010, upon consideration of the Motion to Dismiss Defendants Third-Party Complaint Filed on Behalf of Third  Party Defendants, the Honorable C. Darnell Jones, II and the Honorable Louis Presenza (Doc. No. 29) and Third Party Defendant Beard's Motion to Dismiss the Third Party Complaint of the City of Philadelphia and Louis Giorla (Doc. No. 31), and all papers submitted in support thereof and in opposition thereto, it is ORDERED as follows:

1. The Motion to Dismiss Defendants Third-Party Complaint Filed on Behalf of Third  Party Defendants, the Honorable C. Darnell Jones, II and the Honorable

Louis Presenza (Doc. No. 29) is GRANTED;[1]

2. Third Party Defendant Beard's Motion to Dismiss the Third Party Complaint of the City of Philadelphia and Louis Giorla (Doc. No. 31) is GRANTED;

3. Defendants City of Philadelphia and Philadelphia Prison Commissioner Louis Giorla Third-Party Complaint Against the Honorable C. Darnell Jones, II, President Judge of the Court of Common Pleas, First Judicial District of Pennsylvania, the Honorable Louis Presenza, President Judge of the Philadelphia Municipal Court and Jeffery A. Beard, Ph.D., The Secretary of the Pennsylvania Department of Corrections (Doc. No. 17) is DISMISSED with prejudice.

4. Defendants' Motion to Dismiss for Failure to Join or alternatively Motion to Join (Doc. No. 15) is DISMISSED as MOOT.

5. Defendants' Motion for Preliminary Injunction (Doc. No. 16) is DISMISSED as MOOT.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge

---

[1] On July 16, 2010, we approved to the parties' stipulation to substitute the presently-serving President Judges for the originally-named President Judges. (Doc. No. 69.) Our decision to grant the President Judges' Motion applies to all parties that have been named as President Judges in this action.