IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWIGHT WILLIAMS, ET AL. :
:
: CIVIL ACTION
v. :
:
: NO. 08-CV-1979
CITY OF PHILADELPHIA, ET AL. :

**ORDER**

AND NOW, this 8th day of October, 2010, upon consideration of Plaintiffs' Motion for Class Certification (ECF No. 2), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that Plaintiffs' Motion is GRANTED. This action is hereby certified as a class action for purposes of injunctive and declaratory relief pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2), on behalf of the following class:

> All persons who are or will in the future be confined in the Philadelphia Prison System, and who are or will in the future be subjected to the conditions of confinement, including triple celling, or placement in dormitories, without minimally adequate security, services or programs as set forth in plaintiffs' Complaint.

It is further ORDERED that plaintiffs Dwight Williams, Anthony Ouellette, Koleyon Phillips, Anthony Diggs, Kenneth Smith, Edward Zamichieli, Louis Eubanks, James Saunders, Thomas Scott, Shannon Bolli, and Marisol Lopez are hereby designated as the representatives of the class. David Rudovsky and the law firm of Kairys, Rudovsky, Messing & Feinberg LLP; Angus R. Love and the Institutional Law Project; Robert W. Meek and the Disabilities Law Project; and

David Richman and the law firm of Pepper Hamilton LLP shall serve as class counsel.

    IT IS SO ORDERED.

                                        BY THE COURT:

                                        _____
                                        R. Barclay Surrick
                                        U.S. District Court Judge