IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT WILLIAMS, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-1979 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**ORDER**

AND NOW, this 5th day of August, 2011, upon consideration of the Settlement Agreement entered into by Plaintiffs and Defendants, and it appearing that the said Agreement is fair, reasonable, and adequate, it is ORDERED that the Settlement Agreement is APPROVED.

AND IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
**U.S. District Judge**