**KAIRYS, RUDOVSKY, MESSING & FEINBERG LLP**

Law Offices
The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

David Rudovsky
Paul Messing
Jonathan Feinberg
Ilene Kalman (1985-1996)
David Kairys
   Of Counsel
Tanya Alexander
   Office Manager

Phone  (215) 925-4400
Fax     (215) 925-5365
jfeinberg@krlawphila.com

April 10, 2014

*Via ECF*
Honorable R. Barclay Surrick
United States District Court
601 Market Street
Philadelphia, PA 19106

      Re:    *Williams et al. v. City of Philadelphia et al.*, No. 08-1979

Dear Judge Surrick:

We write to supplement our letter brief of April 7, 2014 concerning the objections of Corizon Health Inc., to production of medical and mental health information related to the treatment of plaintiff class members. In that letter, we provided only two examples of the material that may be withheld from disclosure if Corizon's objections were sustained. At the time the letter was submitted, however, we were unaware that counsel for the City had on March 28, 2014 provided an index of documents which are in the City's possession and deemed responsive to plaintiffs' requests for medical and mental health information but which the City is withholding due to Corizon's refusal to sign on to the Protective Order negotiated by the parties. *See* Ex. D.[1]

Upon review of that index, it is clear that Corizon's objections will prevent plaintiffs from obtaining critical discovery information in at least six separate areas. Specifically, the City has stated that, due to Corizon's position, it cannot produce information responsive to the following requests (excerpted from Ex. A):

3.     Pharmacy printouts of patients on asthma/COPD, diabetes, hypertension, HIV, anticoagulation, seizure, and cancer medications for September 1 through November 30, 2013.

4.     Specialty Appointment Tracking log for the period of April 1 2013 to October 31, 2013 by housing location.

5.     Infirmary tracking logs from April 1, 2013 to October 31, 2013.

---

[1] Exhibits A through C were attached to plaintiffs' April 7, 2014 letter. Exhibit D is attached to this submission.

6. Tracking logs or list of patients sent to the emergency department/hospitalized from April 1, 2013 through December 1, 2013.

7. Entire patient health records for all inmates who died while in custody from January 2012 to December 1, 2013.

11. A current caseload list of all inmates on the male and female transitional units and acute care units.

12. The log for mental health requests for services for all sites for the month of September, 2013.

Each of the listed categories concerns areas where plaintiffs' medical and mental health experts identified potential systemic problems in the delivery of care to PPS inmates. Without access to this information, plaintiffs will be prevented from reviewing material necessary to proving their case. We have already demonstrated in our previous submission that Corizon's objections under the MHPA are legally meritless and that the requested material is subject to disclosure upon the Court's entry of the Protective Order proposed by the parties. However, even if the Court were to credit any of Corizon's arguments in support of non-disclosure, the scope and importance of the withheld material as outlined above weighs heavily in favor of an Order directing the production of this information. *See Pearson v. Miller*, 211 F.3d 57, 73 (3d Cir. 2000); *Griffin-El v. Beard*, 2009 WL 1606891, at *15-17 (E.D. Pa. June 8, 2009); *Johnsonbaugh v. Dept. of Pub. Welfare*, 665 A.2d 20, 27-28 (Pa. Commw. Ct. 1995).

We, therefore, respectfully submit that the Court should require the production of information responsive to plaintiffs' requests.

                                             Respectfully submitted,

                                             /s/ Jonathan H. Feinberg
                                             Jonathan H. Feinberg
                                             David Rudovsky
                                             Kairys, Rudovsky, Messing & Feinberg, LLP
                                             718 Arch Street, Suite 501S
                                             Philadelphia, PA 19106
                                             (215) 925-4400

                                             Robert W. Meek
                                             Disability Rights Network of Pennsylvania
                                             1315 Walnut Street, Suite 500
                                             Philadelphia, PA 19107
                                             (215) 238-8070

David Richman
Matthew Janssen
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Angus Love
Su Ming Yeh
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
(215) 925-2966

**EXHIBIT D**

**MENTAL HEALTH RECORDS BEING WITHHELD - MARCH 28, 2014**

| Prodbeg | Prodend | Doctitle | Rpd |
|---|---|---|---|
| PS-0030190 | PS-0030893 | Drug Report - HTN | 12-12-13 RPD CORIZONEX_003 |
| PS-0030894 | PS-0031109 | Drug Report - Seizure | 12-12-13 RPD CORIZONEX_003 |
| PS-0031110 | PS-0031111 | Drug Report - Cancer | 12-12-13 RPD CORIZONEX_003 |
| PS-0031112 | PS-0031198 | Drug Report - Asthma | 12-12-13 RPD CORIZONEX_003 |
| PS-0031199 | PS-0031222 | Drug Report - Anti-Coagulant | 12-12-13 RPD CORIZONEX_003 |
| PS-0031223 | PS-0031370 | Drug Report - Diabetes | 12-12-13 RPD CORIZONEX_003 |
| PS-0031371 | PS-0031568 | Drug Report - HIV | 12-12-13 RPD CORIZONEX_003 |
| PS-0031569 | PS-0031676 | Report | 12-12-13 RPD CORIZONEX_004 |
| PS-0031677 | PS-0031857 | Report | 12-12-13 RPD CORIZONEX_005 |
| PS-0031858 | PS-0031884 | Infirmary Census April - October 2013 | 12-12-13 RPD CORIZONEX_005 |
| PS-0031885 | PS-0031919 | Emergency Room Log 4/1/13 - 12/1/13 | 12-12-13 RPD CORIZONEX_006 |
| PS-0032136 | PS-0032158 | MHM - Behavioral Sick Calls - September 2013 | 12-12-13 RPD MHM_012 |
| PS-0032159 | PS-0032165 | MHM - Inmates on Behavioral Health Units 11-25-13 | 12-12-13 RPD MHM_011 |
| PS-0032166 | PS-0032565 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0032566 | PS-0032659 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0032660 | PS-0033549 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0033550 | PS-0033676 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0033677 | PS-0033728 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0033729 | PS-0033791 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0033792 | PS-0033991 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0033992 | PS-0034188 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0034189 | PS-0034469 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0034470 | PS-0034799 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0034800 | PS-0034954 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0034955 | PS-0034996 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0034997 | PS-0035211 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035212 | PS-0035376 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035377 | PS-0035415 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035416 | PS-0035495 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035496 | PS-0035584 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035585 | PS-0035734 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035735 | PS-0035781 | Medial File | 12-12-13 RPD CORIZONEX_007 |
| PS-0035782 | PS-0036757 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0036758 | PS-0037143 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0037144 | PS-0037428 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0037429 | PS-0037458 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0037459 | PS-0037549 | Medical Fle | 12-12-13 RPD CORIZONEX_007 |
| PS-0037550 | PS-0037615 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0037616 | PS-0038443 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0038444 | PS-0038551 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0038552 | PS-0038569 | Medical File | 12-12-13 RPD CORIZONEX_007 |
| PS-0038599 | PS-0039043 | Medical File | 12-12-13 RPD CORIZONEX_007 |