IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT WILLIAMS, ET AL., | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-1979 |
| CITY OF PHILADELPHIA, ET AL., | : | |

**ORDER**

**AND NOW**, this _13th_ day of __June__, 2016, upon consideration of the Settlement Agreement entered into by Plaintiffs and Defendants, and it appearing that the said Agreement is fair, reasonable, and adequate, it is **ORDERED** that the Settlement Agreement is **APPROVED**.

**IT IS SO ORDERED.**

                                                  **BY THE COURT:**

                                                  _____

                                                  **R. BARCLAY SURRICK, J.**